UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SEALED MATTER | § § § § MISCELLANEOUS ACTION § NO. 2:07-MC-00127 § § § |

## ORDER

On August 1, 2014, the United States filed its response (D.E. 8) to the motion (D.E. 4) of Dow Jones & Co., Inc. to unseal this court record. The United States indicated that it was not opposed to the unsealing. In order to evaluate this matter fully, the Court ORDERS the United States to file with this Court, under seal, a statement of whether the subject of the investigation that prompted this action was prosecuted for any conduct sought to be investigated and, if so, the cause number under which that matter was prosecuted. Said filing is ORDERED on or before August 28, 2014.

ORDERED this 25th day of August, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE