United States Courts
Southern District of Texas
FILED

AUG 28 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE SEALED MATTER | § § § § § | CASE NO. <u>2:07-mc-00127</u> |

### EX PARTE
### UNDER SEAL

### UNITED STATES' RESPONSE TO COURT ORDER

Pursuant to this Court's order dated August 25, 2014, the United States of America ("United States") hereby provides the following information. On October 30, 2007, the United States filed its request for an order (1) to install and use a pen register and trap and trace device, (2) authorizing release of subscriber and other information, and (3) authorizing disclosure of location-based services. The subject of the United States' request for information was Monica Sanchez.

Sanchez was prosecuted in case number 2:08-cr-00318-18 for the conduct sought to be investigated in the United States' October 2007 request. Specifically, Sanchez was prosecuted for conspiracy to engage in money laundering, in aid of a drug trafficking operation run by her parents, Israel and Gloria Sanchez.

Pursuant to a plea agreement, Sanchez pleaded guilty before Senior Judge Head in March 2012; she was sentenced to 57 months' confinement and a three-year period of supervised release, among other punishments.

DATE: August 28, 2014

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: **s/ Mitchel Neurock**
MITCHEL NEUROCK
Executive Assistant United States Attorney
Texas Bar Number 00784672
S.D. Texas Bar Number 31513
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9710
(713) 718-3300 (fax)
mitchel.neurock@usdoj.gov

By: 
KENNETH A. CUSICK
Assistant United States Attorney
Federal I.D. No. 14426
State Bar Number: 05295200
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111   Fax (361) 888-3200